# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
28th Floor
New York, NY 10017
Phone: 212 545-4000
jacksonlewis.com

June 13, 2025

**Via ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

        Re:   *Elmatad v. Shutterstock, Inc., et al.*
              Case No.: 1:24-cv-07430-MMG

Dear Judge Garnett:

    We represent Defendant Shutterstock, Inc. ("Shutterstock") in connection with the above-referenced matter. Counsel for Co-Defendant Meta Platforms, Inc. ("Meta') is copied here and concurs with the contents of this letter (together, Shutterstock and Meta are "Defendants").

    Pursuant to Your Honor's Order dated May 13, 2025 (ECF No. 32), the parties deadline to file a joint letter and Civil Case Management Plan and Scheduling Order is June 17, 2025. The initial pretrial conference is currently scheduled for June 24, 2025 at 9:30 a.m. On June 13, 2025, Defendants filed a joint motion to compel arbitration of Plaintiff's claims and to stay this proceeding entirely pending the arbitration result. With the consent of Plaintiff's counsel, Alex J. Hartzband of Grubin Law Group, P.C., we write to respectfully request an adjournment of the deadline to file the joint letter and Civil Case Management Plan and Scheduling Order and the initial pretrial conference, pending resolution of this motion. This is Defendants' first request to adjourn the discovery deadlines set forth in Your Honor's May 13, 2025 Order. This does not affect any other scheduled dates.

    The parties thank the Court for its time and attention to this matter.

> Application GRANTED. All dates and deadlines, including the Initial Pretrial Conference, are hereby ADJOURNED pending the resolution of Defendants motion to compel arbitration (Dkt. No. 35). The Clerk of Court is respectfully directed to terminate Dkt. No. 38.
>
> SO ORDERED. Date: 6/16/2025.
>
> */s/ Margaret M. Garnett*
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ John J. Porta*
John J. Porta, Esq.
Traci Krasne, Esq.
666 Third Avenue, 28th Floor
E-mail: John.Porta@jacksonlewis.com
E-mail: Traci.Krasne@jacksonlewis.com
*ATTORNEYS FOR DEFENDANT
SHUTTERSTOCK, INC.*

**JacksonLewis**

Jackson Lewis P.C.
666 Third Avenue
28th Floor
New York, NY 10017
Phone: 212-545-4000
jacksonlewis.com

cc:   Alex J. Hartzband, Esq.
Rita Lenane-Massey, Esq.
Grubin Law Group, P.C.
1270 Avenue of the Americas
Floor 7
New York, NY 10019
ahartzband@grubinlaw.com
rlmassey@grubinlaw.com
*ATTORNEYS FOR PLAINTIFF*
*YAEL ELMATAD*

Jeanine Conley Daves, Esq.
Jason Byrd, Esq.
Littler Mendelson
900 Third Avenue
New York, NY 10022-3298
JConley@littler.com
JaByrd@littler.com
*ATTORNEYS FOR DEFENDANT*
*META PLATFORMS, INC.*