# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

November 12, 2025

**Via ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      Re:  *Elmatad v. Shutterstock, Inc., et al.*
           Case No.: 1:24-cv-07430-MMG

Dear Judge Garnett:

    We represent Defendant Shutterstock, Inc. ("Shutterstock") in connection with the above-referenced matter. We submit this letter jointly with counsel for Plaintiff Yael Elmatad ("Plaintiff") and Co-Defendant Meta Platforms, Inc. ("Meta").

    Pursuant to Your Honor's Order dated October 29, 2025 (ECF No. 43), the parties' deadline to submit the settlement agreement for Court approval is November 14, 2025. The parties jointly request a 30-day extension, or until December 15, 2025, to respond to the Court's Order.

    The parties thank the Court for its time and attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ John J. Porta*
John J. Porta, Esq.
Traci Krasne, Esq.
666 Third Avenue, 28th Floor
E-mail: John.Porta@jacksonlewis.com
E-mail: Traci.Krasne@jacksonlewis.com
*ATTORNEYS FOR DEFENDANT SHUTTERSTOCK, INC.*

---

GRANTED. The parties' deadline to submit the settlement agreement and the joint letter described in the Court's October 29, 2025 Order (Dkt. No. 43) is hereby EXTENDED until **December 15, 2025**. If the parties wish to proceed before a magistrate judge, they must submit a fully executed consent form before that deadline.

SO ORDERED. Dated November 12, 2025.

*[signature]*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

JacksonLewis

cc: Alex J. Hartzband, Esq.
Rita Lenane-Massey, Esq.
Grubin Law Group, P.C.
1270 Avenue of the Americas
Floor 7
New York, NY 10019
ahartzband@grubinlaw.com
rlmassey@grubinlaw.com
*ATTORNEYS FOR PLAINTIFF
YAEL ELMATAD*

Jeanine Conley Daves, Esq.
Jason Byrd, Esq.
Littler Mendelson
900 Third Avenue
New York, NY 10022-3298
JConley@littler.com
JaByrd@littler.com
*ATTORNEYS FOR DEFENDANT
META PLATFORMS, INC.*

Enclosures.

4930-0892-6073, v. 1