UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAEL ELMATAD,

                          Plaintiff,

         -against-

SHUTTERSTOCK, INC. and META PLATFORMS,
INC.,

                          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/3/2026__
```

24-CV-07430 (MMG)

**ORDER OF DISMISSAL**

MARGARET M. GARNETT, United States District Judge:

By letter dated March 3, 2026, the parties informed the Court that an arbitrator issued a confidential Final Award in this matter on February 24, 2026, and requested that the Court dismiss this matter with prejudice. Dkt. No. 48. Consistent with the parties' joint request, it is hereby ordered that this action be DISMISSED WITH PREJUDICE. The Clerk of Court is respectfully directed to close this case.

Dated: March 3, 2026
        New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge